# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY MOTLEY,
                        Appellant,
vs.
THE STATE OF NEVADA,
                        Respondent.

No. 81841

FILED

OCT 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

On September 22, 2020, appellant filed a pro se notice of appeal. The notice of appeal fails to identify any appealable order. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the decision and order to transfer petition entered on August 14, 2020, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                      Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-38872

cc: Hon. Steve L. Dobrescu, District Judge
Courtney Motley
Attorney General/Carson City
Attorney General/Ely
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A